IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| LFL, LTD. and | ) | Case No. 10-38333 (Jointly Administered) |
| V & M ASSOCIATES, CORPORATION, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtors. | ) | |
| | ) | **Hearing Date and Time** |
| | ) | **September 29, 2011 at 10:00 a.m.** |

**NOTICE OF HEARING ON MOTION OF ADELMAN & GETTLEMAN, LTD.
FOR ALLOWANCE AND PARTIAL PAYMENT OF FINAL COMPENSATION
AND EXPENSES AS COUNSEL TO LFL, LTD. AND V & M ASSOCIATES,
CORPORATION, DEBTORS IN POSSESSION**

To:   All Creditors of the Estates, the Office of the United States Trustee and other parties in interest

**YOU ARE HEREBY ADVISED** that Adelman & Gettleman, Ltd. ("**A&G**") will present its Motion (the "**Motion**") for Allowance and Partial Payment of Final Compensation and Expenses as Counsel to LFL, Ltd. and V & M Associates, Corporation, Debtors in Possession (the "**Debtors**"). The Motion reflects that A&G has incurred total outstanding fees and expenses in the amount of $234,352.65 (consisting of fees of $229,277.00 and expenses of $5,075.65), for the period from August 27, 2010 through July 31, 2011 (the "**Fee Period**"). As an accommodation to the estates, A&G has agreed to voluntarily discount the fees for which it is seeking allowance by the amount of $2,178.00. After applying this voluntary reduction, the net amount which will be sought for allowance in the Motion will be $232,174.65 (consisting of fees of $227,099.00 and expenses of $5,075.65). The net amount for which payment will be sought will be $122,591.00, which includes application of an unapplied pre-petition prepayment of $22,591.00.

**PLEASE BE FURTHER ADVISED** that a hearing on the Motion (the "**Hearing**") shall be held on September 29, 2011, at 10:00 a.m., or as soon thereafter as counsel and interested parties may be heard, before the Honorable Pamela S. Hollis, United States Bankruptcy Judge in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604. A copy of the Motion will be delivered to you prior to the Hearing.

**PLEASE BE FURTHER ADVISED** that objections, if any, to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and must be filed with the Clerk of the Bankruptcy Court, 219 South Dearborn Street, Room 713, Chicago, Illinois 60604, with a copy served upon (i) counsel to the Debtors, Erich S. Buck, Adelman & Gettleman, 53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604, and (ii) Jeffrey Snell, United States Department of Justice, Office of the United States Trustee, 219 South Dearborn Street, Room 873, Chicago, Illinois 60604, prior to the Hearing.

Dated: September 8, 2011                     By:   /s/ Erich S. Buck
                                                         Erich S. Buck, Esq.

HOWARD L. ADELMAN, ESQ. (ARDC# 10015458)
HENRY B. MERENS, ESQ. (ARDC# 6181695)
ERICH S. BUCK, ESQ. (ARDC# 6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050
Attorneys for the Debtors

91840.1 9/8/11