IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| LFL, LTD. and | ) | Case No. 10-38333 |
| V & M ASSOCIATES, CORPORATION, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

## ORDER FOR PARTIAL PAYMENT OF FINAL COMPENSATION AND EXPENSES AS COUNSEL TO THE DEBTORS

This matter having been presented upon the Motion (the "**Motion**") of Adelman & Gettleman, Ltd. ("**A&G**") for Allowance and Partial Payment of Final Compensation and Expenses as Counsel to LFL, Ltd. and V & M Associates, Corporation, Debtors in Possession (the "**Debtors**") pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016 (capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion); due and proper notice of the Motion having been given to parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Motion; the Court having initially considered the Motion on September 29, 2011 and having ordered that A&G be allowed final compensation for actual and necessary legal services provided to the Debtors in the amount of $227,099.00 ("**Final Compensation**") and reimbursement of actual and necessary expenses advanced in the amount of $5,075.65 ("**Final Expenses**"); the Court having heard from all interested parties, the Court having reviewed the Motion, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. A&G is hereby authorized to receive, and this Court hereby orders payment of, Final Compensation and Final Expenses from $100,000.00 in funds on deposit in A&G's client-fund account maintained in these Chapter 11 Cases;

2. A&G is hereby further authorized and directed to apply the Remaining Prepayment of $22,591.00 to Final Compensation and Final Expenses; and

3. The notice given of the filing of the Motion and of the opportunity to object

89499.3 10/6/11

thereto is found to be adequate and reasonable under the circumstances and no further notice is or shall be required.

ENTER:

OCT 6 2011

_____
U. S. BANKRUPTCY JUDGE

*This Order prepared* by:

Erich S. Buck (ARDC No. 6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Telephone No. (312) 435-1050
Facsimile No. (312) 435-1059
ebuck@ag-ltd.com
Attorneys for the Debtors